FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0439

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0439

_____

THOMAS EMIL SLIWINSKI,

     Plaintiff and Appellant,

  v.

STATE OF MONTANA, JAMES
SALMONSON, PAUL REES, CINDY
HINER, REGINALD MICHAEL, and
CONNIE WINNER,

     Defendants and Appellees.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Thomas Emil Sliwinski, to all counsel of record, and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2020